UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN BERNARD WHITE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PLACER COUNTY, et al.,<br><br>　　　　　　Defendants. | No. 2:18-cv-0026 TLN KJN P<br><br><br>ORDER |

On May 10, 2018, the parties submitted a proposed stipulation and protective order. (ECF No. 19.)

Pursuant to stipulation, IT IS HEREBY ORDERED that the parties shall abide by the terms of the stipulated protective order filed May 10, 2018.

Dated: May 16, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

White26.po
kc

1