UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN WHITE, | No. 2: 18-cv-0026 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| PLACER COUNTY, et al., | |
| Defendants. | |

On August 23, 2018, plaintiff filed an unopposed request for voluntary dismissal, with prejudice, of defendants Bell and Madden, including all claims and causes of action against them, with each party to bear its own attorneys' fees and costs. (ECF No. 33.) Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that defendants Bell and Madden are dismissed with prejudice and without leave to amend, with each party to bear that party's own attorneys' fees and costs.

Dated: September 5, 2018

Whi26.dis

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1